IN THE UNITED STATES DISTRICT COURT OF WESTERN DISTRICT OF EL PASO DIVISON COUNTY
STATE OF TEXAS

2021 APR 20 PM 3:49

CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY _____ FM _____
          DEPUTY

BRANDON CALLIER )
)
_____ )
Petitioner/Plaintiff, )
) EP21CV0023
) JURY DEMAND
) NO. _____
Vs. )
SUMMIT HORIZON FINANCIAL )
SERVICES LLC & MORRIS LOBE )
)
_____ )
Respondent/Defendant )
)

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER

Pursuant to 1.140(f). R. Civ. P. 12(b)(1) ,12(b)(6), files this Motion to Dismiss, Or, in the Alternative, to Transfer Venue on the basis that venue is improper in the Circuit Court of EL Paso County.

I.

The Complaint identifies the Plaintiffs as adult resident citizens of EL Paso County. Further, the Complaint represents that Summit Horizon Financial Services is located, with it's principal place of business, at 537 South Scott Street Bainbridge Ga 39819. This is correct. Thus, Summit Horizon Financial Services is domiciled in Decatur County. The cause of action involves the alleged wrongful denial of benefits, which denial would have occurred in Decatur County at the domicile of Summit Horizon Financial Services.

Accordingly, pursuant to 28 U.S.C. Code Ann. Section 1404, venue is proper in Bainbridge, Georgia County, Decatur.

## FACTUAL ALLEGATIONS

The number or numbers the plaintiff stating that called him is NOT a number register to Summit Horizon Financial Services. If plaintiff was ever in contact with Summit Horizon Financial Services. The plaintiff would have had to contact us and give their phone number which would give permission to call. Furthermore, if client received a call from Summit Horizon Financial Services they never stated that he/she was on a Do Not Call List upon answering a phone call. Instead plaintiff took call and acted as if they wanted services which would prompt any business to do a follow call to get back in touch with a potential customer. Unless specifically asked not to do so, a company may call a person on the Do Not Call list for up to 31 days after he or she has submitted an application or inquiry to that company. Summit Horizon Financial Services has not received any such inquiry from plaintiff nor contacted by Summit Horizon Financial Services. So we ask on this alone that this case be dismissed.

WHEREFORE, Summit Horizon Financial Services requests this Court to dismiss this action, or, in the alternative, to transfer this action to the Circuit Court of Decatur County on the basis of improper venue. Summit Horizon Financial Services further requests all additional relief the Court may deem proper.

DATED, this the __17th____ day of _____April_____, 20_21___.

Respectfully submitted,

Dated: _4/17/2021_____

Name: Morris Lobe
Title: Owner

|            |                            |
|-----------:|:---------------------------|
|   Address: | 537 S Scott St             |
|   Address: |                            |
| City, State, Zip: | Bainbridge, Ga 39819 |
|     Phone: | 877-637-3233               |
|       Fax: | 877-637-1353               |
|    E-Mail: | morrislobe@summithorizon.com |

## CERTIFICATE OF SERVICE

I, _____Morris lobe_____, do hereby certify that I have this day mailed, U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing to _____ Brandon Callier, at the following address; _____6336 Franldin Trail Drive_____El Paso Tx 79912.

THIS the _17th___ day of ___April__, 20_21___.

# PRIORITY MAIL EXPRESS

OUR FASTEST SERVICE IN THE U.S.

EP13F July 2013 OD: 12.5 x 9.5
PS10001000006

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

**FROM:** (PLEASE PRINT) PHONE ( 850 ) 631-2069
Summit Horizon Financial Services
537 S. Scott Street
Bainbridge, Ga. 39817

**TO:** (PLEASE PRINT) PHONE ( )
U.S. District Clerk's Office
525 Magoffin Avenue, Suite 105
El Paso, TX. 79901

ZIP Code: 32308
Date Accepted: 4-19
Time Accepted: 1437 PM
Weight: 2.3 oz
Scheduled Delivery Date: 4-20
Scheduled Delivery Time: 3:00 PM
Postage: $26.35
Total Postage & Fees: $26.35
Employee Signature: W

USPS Tracking: EJ 680 251 324 US

APR 19 '21
AMOUNT
$26.35
R2305M145189-10
1007 79901

This envelope is made from post-consumer waste. Please recycle - again.
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.