# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-21-CV-23-KC |
| SUMMIT HORIZON FINANCIAL SERVICES, LLC, a Georgia Limited Liability Company; and MORRIS LOBE, | § § § § § § | |
| Defendants. | § § § | |

## ORDER

On this day, the Court sua sponte considered Defendant Morris Lobe's April 26, 2021, Motion to Dismiss, or in the Alternative, to Transfer ("Motion"), filed on behalf of Defendant Summit Horizon Financial Services, LLC. ECF No. 11. On April 20, 2021, Defendant Lobe filed an identical motion, ECF No. 6, which this Court subsequently struck pursuant to the rule that "business associations may appear in federal court only through a licensed attorney." ECF No. 8 (quoting *Precision Builders, Inc. v. Olympic Grp., L.L.C.*, 642 F. App'x 395, 397 (5th Cir. 2016)). For the same reasons provided in this Court's Order striking that motion, ECF No. 8, the instant Motion, ECF No. 11, is hereby **DENIED AS MOOT**.

**SO ORDERED**.

SIGNED this 27th day of April, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE