IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER**, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. EP-21-CV-23-KC |
| **SUMMIT HORIZON FINANCIAL SERVICES, LLC**, a Georgia Limited Liability Company; and **MORRIS LOBE**, | § § § § § | |
| Defendants. | § § | |

**JOINT STIPULATION OF DISMISSAL**

**TO THE HON. KATHLEEN CARDONE, UNITED STATES DISTRICT JUDGE:**

COME NOW BRANDON CALLIER, Plaintiff, and SUMMIT HORIZON FINANCIAL SERVICES, LLC, and MORRIS LOBE, Defendants, and file this Joint Stipulation of Dismissal, and shows the following:

1. This action was filed in this Court on February 4, 2021. Plaintiff's First Amended Complaint was filed on June 14, 2021. Defendants' Motion to Dismiss Plaintiff's First Amended Complaint was filed on July 9, 2021, and remains pending.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action. As required by that Rule, this stipulation is signed by Plaintiff pro se and counsel for all Defendants.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), the parties stipulate that this dismissal is **with** prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray that the Court dismiss this action with prejudice.

        Respectfully submitted,

        _____Brandon Callier_____
        Brandon Callier
        6336 Franklin Trail
        El Paso, TX 79912
        Callier74@gmail.com
        **PLAINTIFF PRO SE**

        And

        THE LAW OFFICE OF
        CARLOS EDUARDO CÁRDENAS
        State Bar No. 03787700
        717 E. San Antonio Avenue
        Toltec Building - Third Floor
        El Paso, Texas 79901
        Email cecardenaslaw@gmail.com
        Tel (915) 544-7860
        Fax (915) 532-4768

By:   */s/ Carlos Eduardo Cárdenas*
        CARLOS EDUARDO CÁRDENAS

        And

        */s/ John P. Mobbs*
        John P. Mobbs
        Attorney at Law
        Texas Bar No. 00784618
        6350 Escondido Drive, Suite A-14
        El Paso, Texas 79912
        Tel. (915) 541-8810
        Fax (915) 541-8830
        Email johnmobbs@gmail.com

        **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

  I certify that I electronically filed the foregoing with the clerk using the CM/ECF system, and served a true and correct copy to Plaintiff *pro se* by e-mail and first-class mail to:

  Brandon Callier
  6336 Franklin Trail
  El Paso, Texas 79912
  Callier74@gmail.com

            ***/s/ Carlos Eduardo Cárdenas***
            CARLOS EDUARDO CÁRDENAS