IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § **Plaintiff,** § § **v.** § § **SUMMIT HORIZON FINANCIAL** § **SERVICES, LLC; and MORRIS** § **LOBE,** § § **Defendants.** § | **CAUSE NO. EP-21-CV-23-KC** |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 45. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' proposed Order of Dismissal, it is hereby **ORDERED** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all pending motions in this case are hereby **DENIED** as moot.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 8th day of September, 2021.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE